UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 JUL 27 PM 3: 35

| | | |
|---|---|---|
| MASSACHUSETTS ASSET FINANCING CORP., | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) ) | |
| vs. | ) ) | |
| THE WEST JEFFERSON AMUSEMENT AND PUBLIC PARK AUTHORITY, | ) ) ) ) | CV 00-BU-1937-S |
| Defendant/Counterclaim Plaintiff/Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | **ENTERED** |
| DINAMATION INTERNATIONAL CORPORATION, | ) ) ) | JUL 27 2001 |
| Third-Party Defendant. | ) | |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written application of Defendant/Third-Party Plaintiff, supported by affidavit, for damages in favor of Defendant/Thrid-Party Plaintiff and against Third-Party Defendant Dinamation International Corporation, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1.   The summons and complaint were properly served upon Christi Mays, as agent Dinamation International Corporation, on May 14, 2001.  Third-Party Defendant Dinamation International Corporation has failed to appear, plead, or otherwise defend.

2.   Defendant/Third-Party Plaintiff has established that it has suffered damage in the amount of $1,492,987.00 as a result of Third-Party Defendant's breach of contract.

3.   Defendant/Third-Party Plaintiff is due to recover from Third-Party Defendant the total sum of $1,492,987.00, plus post-judgment interest, and court costs.   A judgment will enter accordingly.

DONE this _____27th_____ day of July, 2001.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE